

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

February 7, 2020

**By ECF**
Honorable Steven C. Mannion
United States Magistrate Judge
District of New Jersey
M.L.K. Bldg & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: Plainfield Fruit & Produce Co. Inc. v. Pyramid Food Services Corp., et al.
      Case No.: 19-cv-16398-CCC-SCM

Dear Judge Mannion:

  This firm represents the Plaintiff in this matter.  Please accept this letter as the parties' joint status letter pursuant to Your Honor's order dated January 24, 2020.

  The parties have reached a settlement in principal, subject to the terms and execution of a settlement agreement.   Therefore, we request that all deadlines in the case be stayed for two weeks while the parties memorialize the settlement.

  Please advise of any questions, and Your Honor's assistance is graciously appreciated.

           Respectfully,

           */s/ Jonathan Bodner*

           Jonathan Bodner
           For the Firm

Attachment
cc: Alan Ehrlich, Esq., Defendants' counsel