

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

February 19, 2020

**By ECF**
Honorable Steven C. Mannion
United States Magistrate Judge
District of New Jersey
M.L.K. Bldg & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    Plainfield Fruit & Produce Co. Inc. v. Pyramid Food Services Corp., et al.
              Case No.: 19-cv-16398-CCC-SCM

Dear Judge Mannion:

      This firm represents the Plaintiff in this matter.    Please accept this letter as a joint status letter.

      The parties have agreed on a form of settlement agreement and anticipate that the documents will be executed by the end of this week.   The settlement agreement provides, among other things, that the Defendants shall satisfy certain obligations within 10 days of the settlement agreement being executed and the Plaintiff will file a Stipulation of Dismissal of this action within 5 days after those obligations have been satisfied.   Should any issue arise during this period, we will promptly notify the Court.

      Please advise of any questions, and Your Honor's continued assistance is graciously appreciated.

                    Respectfully,

                    */s/ Jonathan Bodner*

                    Jonathan Bodner
                    For the Firm

cc:    Alan Ehrlich, Esq., Defendants' counsel